IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHESAPEAKE ENERGY CORPORATION, an Oklahoma corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>TXD SERVICES, LP, a Texas limited partnership,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIV-2007-318-C<br>)<br>)<br>)<br>)<br>)<br>) |

## TXD SERVICES, LP'S FINAL WITNESS AND EXHIBIT LISTS

Pursuant to the Court's Scheduling Order, Defendant, TXD Services, LP ("TXD") hereby submits the following final witness and exhibit lists.

I.    **Witness List**

| Name/Contact Information | Anticipated Testimony |
|---|---|
| Joe Poe<br>Managing Partner<br>TXD Services, LP<br>6300 Ridgelea Place, Suite 210<br>Fort Worth, TX 76116<br>(817) 546-3000 | Deposed. |
| Dick Varnell<br>Managing Partner<br>TXD Services, LP<br>6300 Ridgelea Place, Suite 210<br>Fort Worth, TX 76116<br>(817) 546-3000 | Deposed. |

| Name/Contact Information | Anticipated Testimony |
|---|---|
| Greg Pearce<br>Operations Manager<br>TXD Services, LP<br>1703 N. Cedar Street<br>Morrellton, AR 72110<br>(501) 354-7800 | Deposed. |
| Bob Costello<br>Chesapeake Division Counsel<br>Northern Division<br>Chesapeake Energy Corp.<br>6100 N. Western Avenue<br>Oklahoma City, OK 73118<br>(405) 879-9395 | Deposed. |
| Darvin Knapp<br>Senior Vice President of Drilling<br>Southern Division<br>Chesapeake Energy Corp.<br>6100 N. Western Avenue<br>Oklahoma City, OK 73118<br>(405) 848-8000 | Deposed. |
| Steve Miller<br>Senior Vice President of Drilling<br>Chesapeake Energy Corp.<br>6100 N. Western Avenue<br>Oklahoma City, OK 73118<br>(405) 848-8000 | Deposed. |
| David Winchester<br>District Manager, Arkoma<br>Chesapeake Energy Corp.<br>6100 N. Western Avenue<br>Oklahoma City, OK 73118<br>(405) 848-8000 | Mr. Winchester may testify regarding the formation of the drilling contracts between Chesapeake and TXD; knowledge of testing of Rig #201 by Schramm; Chesapeake's wrongful termination of the drilling contracts. |

| Name/Contact Information | Anticipated Testimony |
|---|---|
| Randy Patterson<br>Senior Drilling Engineer<br>Chesapeake Energy Corp.<br>6100 N. Western Avenue<br>Oklahoma City, OK 73118<br>(405) 848-8000 | Deposed. |
| William Cowles<br>TXD Transport<br>1703 N. Cedar Street<br>Morrellton, AR 72110<br>(501) 354-7800 | Mr. Cowles may testify regarding delivery of drilling Rig #201 to Chesapeake in Arkansas. |
| Mark Deal<br>Manager, Drilling Engineer<br>Northern Division<br>Chesapeake Energy Corp.<br>6100 N. Western Avenue<br>Oklahoma City, OK 73118<br>(405) 848-8000 | Mr. Deal may testify regarding the negotiation of the drilling contracts; assessments of drilling needs of Chesapeake before entry of the contracts. |
| Frank Gabriel, Jr., PE<br>Schramm, Inc.<br>800 E. Virginia Avenue<br>Westchester, PA<br>(610) 696-2500 | Deposed. |
| Greg Hillier<br>President<br>Schramm, Inc.<br>800 E. Virginia Avenue<br>Westchester, PA<br>(610) 696-2500 | Deposed. |
| Edward Breiner<br>Schramm, Inc.<br>800 E. Virginia Avenue<br>Westchester, PA<br>(610) 696-2500 | Deposed. |
| Norm Bennett<br>Schramm, Inc.<br>800 E. Virginia Avenue<br>Westchester, PA<br>(610) 696-2500 | Deposed. |

| Name/Contact Information | Anticipated Testimony |
|---|---|
| Eric Reuterfors<br>Woolslayer Companies<br>P. O. Box 216<br>Tulsa, OK 74101-0216<br>(918) 523-9191 | Mr. Reuterfors may testify regarding the load testing performed on TXD Rotadrill Rig #201. |
| Dewayne Vogt<br>Chief Engineer<br>Woolslayer Companies<br>P. O. Box 216<br>Tulsa, OK 74101-0216<br>(918) 523-9191 | Mr. Vogt may testify regarding the load and pull testing performed on TXD Rotadrill Rig #201 and results of same. |
| Charles Grady<br>Premium Pipe Supply<br>1703 N. Cedar Street<br>Morrellton, AR 72110<br>(501) 354-7800 | Mr. Grady may testify regarding the pull capabilities and operation of Rig #201. |
| Mark Merideth<br>Operations Manager<br>Premium Pipe Supply<br>1703 N. Cedar Street<br>Morrellton, AR 72110<br>(501) 354-7800 | Mr. Merideth may testify regarding the pull capabilities and operation of Rig #201. |
| Charles Dolby<br>Sales Manager<br>Schramm, Inc.<br>800 E. Virginia Avenue<br>Westchester, PA<br>(610) 696-2500 | Mr. Dolby may testify regarding the capabilities of TXD Rotadrill rig. |
| Dwayne "Pop" Freeman<br>Red's Satellite Service, Co.<br>1002 Oak Street<br>Abilene, TX 79602<br>(325) 676-4376 | Mr. Freeman may testify about his observation of pull testing performed on Rig #202 and the use of monitoring equipment he provided for the testing. |
| Duane Yost<br>Yost Drilling Co.<br>c/o Chesapeake Energy Corp.<br>6100 North Western Avenue<br>Oklahoma City, OK 73118<br>(405) 848-8000 | Deposed. |

| Name/Contact Information | Anticipated Testimony |
|---|---|
| Sam McCaskill<br>Nomac Drilling Co.<br>c/o Chesapeake Energy Corp.<br>6100 North Western Avenue<br>Oklahoma City, OK 73118<br>(405) 848-8000 | Deposed. |
| Paul M. Earl, Jr.<br>Professional Engineer<br>Senior Consultant<br>Rimkus Consulting Group, Inc.<br>8 Greenway Plaza, Suite 500<br>Houston, TX 774046<br>(713) 621-3550 | Mr. Earl will provide expert testimony regarding the capability of the TXD 180 rigs; safety factors; industry standards and engineering standards applicable to the rigs; and the ability of the rigs to safety perform the requirements of the drilling contracts. |
| Richard Thomspon<br>c/o Chesapeake Energy Corp.<br>6100 N. Western Avenue<br>Oklahoma City, OK 73118<br>(405) 848-8000 | Deposed. |
| Witnesses listed by Plaintiff not objected to by TXD. ||
| TXD reserves the right to supplement this witness list as discovery is ongoing ||

## II.   Exhibit List

| No. | Date | Description | Identifying Info |
|---|---|---|---|
| 1. | | IADC Drilling Bid Proposal and Day Work Drilling Contract for Rig #201. | |
| 2. | | IADC Drilling Bid Proposal and Day Work Drilling Contract for Rig #202. | |
| 3. | | IADC Driling Bid Proposal and Day Work Drilling Contract for Rig #203. | |
| 4. | | IADC Drilling Bid Proposal and Day Work Drilling Contract for Rig #204. | |
| 5. | | Schramm, Inc. TXD Rotadrill Specifications | TXD-00001 – 2 |
| 6. | 12/16/03 | Article re TXD 130 | Defendant's Ex. 2 to Deposition of Duane Yost |

| No. | Date | Description | Identifying Info |
|---|---|---|---|
| 7. | 11/10/05 | E-mail from Darvin Knapp (CEC) to Joe Poe re: interest in contracting 4 to 7 drilling rigs for Fayetteville Shale in Arkansas and requesting inventory of one of the 450HP rigs rated at 6500' TVD and 4 to 6 rigs rated to 9500' for horizontal drilling | TXD-00003 |
| 8. | 11/11/05 | E-mails from Joe Poe to Darvin Knapp re: Schramm Rotadrills Rotary Top Head Drilling Rigs and T130XD rig | TXD-00004 – 9 |
| 9. | 11/11/05 | E-mail from Joe Poe to Darvin Knapp, cc: B. Lynton and Eric Freeman re: rates and agreement | TXD–00010 – 11 |
| 10. | 11/15/05 - 11/16/05 | E-mail from Joe Poe to Darvin Knapp, cc: B. Lynton re: "Mobile Rigs for Arkansas"; working rig identified outside of Ft. Worth ready for inspection | TXD–00012 – 15 |
| 11. | 11/16/05 | E-mail from Darvin Knapp to Joe Poe regarding Mobile Rigs for Arkansas | Defendant's Ex. 4 to Deposition of Darvin Knapp |
| 12. | 12/05/05 | E-mail from Joe Poe to Darvin Knapp – Schramm standing by for info | TXD-00016 |
| 13. | 12/05/05 | E-mail from Darvin Knapp to Steve Miller regarding small rigs TXD 180s are good fit for Fayetteville | |
| 14. | 12/15/05 | E-mail from Steve Miller to Darvin Knapp regarding Rigs | Defendant's Ex. 3 to Deposition of Darvin Knapp |
| 15. | 12/15/05 | E-mail from Dave Winchester to Darvin Knapp regarding rigs "there is concern with the derrick rating being on the light side for our needs" | |
| 16. | 12/21/05 | E-mail from Joe Poe to Darvin Knapp re: new air / mud rigs | TXD-00017 |
| 17. | 12/28/05 | E-mail string between Steve Miller and Tom Ward regarding Joe Poe - Rigs / Fayetteville Shale | Defendant's Ex. 5 to Deposition of Darvin Knapp |
| 18. | 12/28/05 | E-mail from Steve Miller to Tom Ward; Subject: Joe Poe Rigs/Fayetteville Shale | |
| 19. | 01/09/06 | E-mail from Joe Poe to Darvin Knapp re: new rigs and contracts | TXD-00018 |
| 20. | 01/09/06 | E-mail from Joe Poe to Darvin Knapp re carrier rigs | TXD-00019 |
| 21. | 01/12/06 | Letter from Frank C. Gabriel Jr., PE (Schramm) to Joe Poe (TXD) re telemast depth ratings | TXD-00020 |
| 22. | 01/13/06 | E-mail from Greg Pearce to Joe Poe regarding Fayetteville Rigs | S000166 |

| No. | Date | Description | Identifying Info |
|---|---|---|---|
| 23. | 01/17/06 | E-mail from Joe Poe to Darvin Knapp re: contracts | TXD-00021 |
| 24. | 01/19/06 | E-mail from Joe Poe to Darvin Knapp regarding Arkansas rigs | |
| 25. | 01/23/06 | E-mail fro Greg Pearce to Darvin Knapp enclosing the 1/12/06 letter from Schramm, Inc. | |
| 26. | 01/23/06 | E-mail string from Greg Pearce to Darvin Knapp; Subject: Schramm Rig Letter | Defendant's Ex. 32 to Deposition of Randy Lee Patterson |
| 27. | 01/24/06 | E-mail fro Steve Donley to David Younglood; Subject: Torque/Drag Analysis | Defendant's Ex. 6 to Deposition of Darvin Knapp |
| 28. | 01/25/06 | E-mails between Joe Poe and Darvin Knapp re: "Rough Draft Day Work Contract" | TXD-00022 – 23 |
| 29. | 01/25/06 | E-mail from Joe Poe to Darvin Knapp attaching photos of single pit system | TXD-00024 |
| 30. | 01/24/06 - 01/25/06 | E-mail string between Darvin Knapp and Dave Winchester et al. Regarding Torque/Drag Analysis | Defendant's Ex. 31 to Deposition of Randy Lee Patterson |
| 31. | 01/27/06 | E-mail from Joe Poe to Darvin Knapp, cc: Greg Pearce, Dick Varnel and B. Lynton re: "Arkansas Day Work Contract" and final contract attached | TXD-00025 – 26 |
| 32. | 01/27/06 | E-mail from Joe Poe to Darvin Knapp enclosing drilling contract with paragraph requested by Chesapeake regarding 230,000 pound gross pull on "Exhibit A" | |
| 33. | 02/07/06 | E-mail from Joe Poe to Darvin Knapp attaching revised drilling contract | TXD-00027 |
| 34. | 02/08/06 | E-mails between Joe Poe, Darvin Knapp re: "Mud Pit Requirements" and slug tank volumes | TXD-00028 – 29 |
| 35. | 02/08/06 | E-mail from Joe Poe to Darvin Knapp re inspection of Schramm rig | TXD-00031 |
| 36. | 02/08/06 | E-mails from Joe Poe to Darvin Knapp re "Contract Verbage" | TXD-00030 – 32 |
| 37. | 02/08/06 | E-mail from Steve Miller to Darvin Knapp regarding contract verbiage | |
| 38. | 02/09/06 - 02/09/06 | E-mails between Joe Poe, Darvin Knapp, Greg Pearce, Dick Varnel, B. Lynton, Dave Winchester, Bill Roberts, and Russ White re: "Mud Pit Requirements" | TXD-00033 – 34 |
| 39. | 02/09/06 | E-mail from Joe Poe to Darvin Knapp re "Final Revised Contract" and changes attached | TXD-00035 |

| No. | Date | Description | Identifying Info |
|---|---|---|---|
| 40. | 02/09/06 | E-mail from Joe Poe to Darvin Knapp; Subject: Final Revised Contract with attached contract showing redlined changes | |
| 41. | 02/10/06 | E-mail from Joe Poe to Darvin Knapp re: "Revised Drilling Contracts" and meeting | TXD-00036 |
| 42. | 02/10/06 | E-mail from Joe Poe to Darvin Knapp re: revisions to ¶ 4.5, 4.6 and 4.8 | TXD-00037 |
| 43. | 2/10/06 | E-mail from Darvin Knapp to Dave Winchester - do you see any problems with this contract | |
| 44. | 2/10/06 | E-mail from Steve Miller to Darvin Knapp regarding final revised contract "Looks ok except early termination which I think we are changing" SVM | |
| 45. | 2/12/06 | E-mail from Mark Deal to Darvin Knapp regarding final revised contract | |
| 46. | 02/14/06 | E-mail from Joe Poe to Darvin Knapp re: "Chesapeake Energy Air Units" | TXD-00038 |
| 47. | 02/16/06 - 02/17/06 | E-mails between Steve Miller, Greg Pearce, Randy Patterson, Darvin Knapp, Joe Poe, Ron Goff and Mark Deal re: Schramm Rigs (re: letter from Schramm and questions re: Schramm 180, pulling 230k, 180,000 hydraulic pull and 270,000 equivalent normal rating; Randy and Greg's interpretation of the Schramm letter; | TXD-00039 – 50 |
| 48. | 02/17/06 | E-mail from Greg Pierce to Randy Patterson (assured CHK that one could "adjust pull rating as needed up to 230k") | TXD-00039 – 50 |
| 49. | 02/17/06 | E-mail from Joe Poe to Steve Miller (cc: Greg Pearce and Darvin Knapp) re: receipt, execution and return of contracts | TXD-00039 – 50 TXD-00042 |
| 50. | 02/17/06 | E-mail from Steve Miller to Randy Patterson et al. Stating contracts are good to go "as is" | TXD-00043 |
| 51. | 02/17/06 | E-mail string between Darvin Knapp and Steven Donley regarding Joe Poe Schramm Rigs | Defendant's Ex. 16 to Deposition of Darvin Knapp |
| 52. | 02/17/06 | Chesapeake's Rig Depth Calculator, attached to Randy Patterson's 2/16/06 e-mail to Mark Deal | |
| 53. | 02/17/06 | E-mail from Steve Miller to Randy Patterson stating contracts are "good to go as is" | |
| 54. | 02/26/06 | E-mail from Steve Miller to Mark Deal, Ron Goff and Darvin Knapp | TXD-00040 |
| 55. | 02/28/06 | E-mails between Joe Poe and Darvin Knapp re: air packages | TXD-00050 – 51 |

| No. | Date | Description | Identifying Info |
|---|---|---|---|
| 56. | 03/14/06 | TXD meeting Agenda | S000012 |
| 57. | 04/05/06 | E-mail from Joe Poe to Darvin Knapp re "New T130XD Schramm" | TXD-00050 – 51 |
| 58. | 12/18/06 | Appraisal for Rig No. 201, Schramm TXD Rotadrill | |
| 59. | 12/24/06 | E-mail string between Mark Lester and Aubrey McClendon et al. regarding Fayetteville Shale | Defendant's Ex. 12 to Deposition of Darvin Knapp |
| 60. | 12/27/06 | E-mail from Steve Miller to Darvin Knapp - no outs in contract (without attachment) | Defendant's Ex. 14 to Deposition of Darvin Knapp |
| 61. | 12/23/06 - 12/27/06 | E-mail string between Darvin Knapp and Aubrey McClendon et al. regarding Fayetteville Shale | Defendant's Ex. 13 to Deposition of Darvin Knapp |
| 62. | 01/23/07 | Chesapeake Operating, Inc. Authorization for expenditure | Defendant's Ex. 30 to Deposition of Randy Lee Patterson |
| 63. | 01/31/07 | E-mail from Steve Miller to Darvin Knapp; Subject: Active Rig List as of January 30, 2007 | Defendant's Ex. 17 to Deposition of Darvin Knapp |
| 64. | 02/09/07 | E-mail from Greg Hillier to Joe Poe, et al. With subject line "Daily Report TXD J135-0102, Rig 201 2/8/07" | |
| 65. | 02/09/07 | E-mail from Greg Hillier regarding Daily report TXD | Ex. 6 to Deposition of Greg Hillier; S000083 |
| 66. | 02/11/07 | E-mail from Greg Hillier regarding daily report for TXD Rig 201 | S000080 |
| 67. | 02/12/07 | E-mail string between Randy Patterson and Rene St. Pierre; Subject: Joe Poe - Schramm Rigs | |
| 68. | 02/12/07 | E-mail from Randy Patterson to Rene St. Pierre regarding Joe Poe Schramm rigs "looks pretty clear" | |
| 69. | 02/15/07 | E-mail from Joe Poe to Bob Costello (cc: Dick Varnel) re: "Re: Rig Cancellation Letter" asking time of conference call | |
| 70. | 02/16/07 | E-mail from Bob Costello to Joe Poe, Dick Varnell and B. Lynton with attached letter discussed on 2/15/07 | |
| 71. | 02/16/07 | Letter from Robert P. Costello (CEC) to Joe Poe re 2/15/07 teleconference and CEC's proposal to terminate drilling contracts and utilization of Rig 201 to drill Moore 1-5H | |

| No. | Date | Description | Identifying Info |
|---|---|---|---|
| 72. | 02/16/07 | E-mail from Steve Doneley to Rene St. Pierre; Subject Torque and Drag Scenarios. | Defendant's Ex. 19 to Deposition of Darvin Knapp |
| 73. | 02/19/07 | E-mail from Joe Poe to Bob Costello (cc: Darvin Knapp, Dick Varnel, B. Lynton) re: Woolslayer Company, Inc. | TXD-00056 |
| 74. | 02/19/07 | E-mail from Joe Poe to Bob Costello, cc: Darvin Knapp, Dick Varnell, B. Lynton re: pull test of TXD Rig #201 at GTI Catoosa Test Facility | TXD-00057 |
| 75. | 02/19/07 | E-mail from Bob Costello to Joe Poe, cc: Darvin Knapp, Dick Varnell, B. Lynton and D. Winchester re: withdrawal of 2/15/07 letter, "[w]e will no longer offer any compromises,..." | TXD-00058 |
| 76. | 02/20/07 | E-mail from Joe Poe to Bob Costello, cc: Greg Pearce, Dick Varnell, B. Lynton re: Schramm engineers in AR (Greg Hillier and Norm Bennett) and faxing letter | TXD-00059 |
| 77. | 02/20/07 | E-mail from Joe Poe to Bob Costello, cc: Dick Varnell, B. Lynton, Darvin Knapp, Greg Pearce, R. Yeager, D. Winchester re: IADC contracts and pull capacity and test | TXD-00060 |
| 78. | 02/20/07 | E-mail from Joe Poe to Bob Costello, cc: Dick Varnell, B. Lynton, Darvin Knapp, Greg Pearce, R. Yeager, D. Winchester re: summary of recent events between CEC and TXD | TXD-00061 - 62 |
| 79. | 02/20/07 | E-mail from Costello to Joe Poe, cc: Dick Varnell, B. Lynton, Darvin Knapp, Greg Pearce, R. Yeager, D. Winchester re: info from Schramm reps, conversations and attaching letter | TXD-00063 – 65 |
| 80. | 02/20/07 | E-mail from Costello to Joe Poe, cc: Dick Varnell, B. Lynton, Darvin Knapp, Greg Pearce, R. Yeager, D. Winchester requesting Schramm January letter and names of Schramm engineers | TXD-00066 |
| 81. | 02/21/07 | E-mail from Greg Hillier to Ed Breiner; Subject: Component Limitations for Pull Test | Ex. 5 to Deposition of Ed Breiner; S000047-48 |
| 82. | 02/21/07 | E-mail from Greg Hillier to Ed Breiner regarding Pull test | Ex. 8 to Deposition of Greg Hillier; S000065 |
| 83. | 02/22/07 | E-mail from Greg Hillier to Ed Breiner et al. with daily report regarding pull test on Rig 201 at Woolslayer | S000049-50 |
| 84. | 02/23/07 | E-mail from Greg Hillier to Chris Cheeseman, et al regarding pull test | S000046-48 |

| No. | Date | Description | Identifying Info |
|---|---|---|---|
| 85. | 02/24/07 | E-mail from Greg Hillier to Joe Poe et al. regarding delivery of shims requested by Mark Meredith | S000039 |
| 86. | 02/26/07 | Second load testing of TXD #J135-0102, Trailer Mounted Rotodrill Mast 180,000# Capacity at GTI Testing Facility in Owasso, Oklahoma; witnessed by Woolslayer (See Woolslayer's Inspection Report IR024-07 dated 3/8/07)<br><br>Woolslayer Companies, Inc. performs second load testing of Rig 201 (TDX #J135-0102, Trailer Mounted Rotodrill Mast 180,000# Capacity, Service Report No. E-3766 (Inspection Report IR024-07) by Erik Reuterfors (Woolslayer) at GTI Testing Facility in Owasso, Oklahoma; Report dated 03/08/07 and written by Dewayne G. Vogt, Chief Engineer | |
| 87. | 02/26/07 | E-mail from Joe Poe to Costello; cc: Darvin Knapp, S. Miller, G. Pearce, R. Yeager, Dick Varnel, B. Lynton, D. Winchester, B. Cowles, and C. Grady re: results of pull tests on Rig #201 on 2/24/07 (as requested by Bob Yeager) and CEC's communications with Schramm | TXD-00067 |
| 88. | 02/26/07 | E-mail from Costello to Joe Poe, cc: D. Knapp, S. Miller, G. Pearce, R. Yeager, Dick Varnel, B. Lynton, D. Winchester, B. Cowles and C. Grady requesting reports of pull tests and scheduling a meeting | TXD-00068 – 69 |
| 89. | 02/26/07 | E-mails between Bob Yeager and Bob Costello re: Costello's comments re: "facts of an otherwise very unusual situation" | TXD-00070 – 72 |
| 90. | 02/26/07 | E-mail from Costello to Bob Yeager, cc: Joe Poe and Dick Varnell re: must meet prior to making any decision to utilize the rig | TXD-00073 – 75 |
| 91. | 02/24/07 - 02/26/07 | E-mail string between Greg Hillier & Ed Breiner regarding Chesapeake | S000036-37 |
| 92. | 02/27/07 | E-mail from Greg Hillier to Ed Breiner regarding telephone conference with Bob Costello | Ex. 11 to Deposition of Greg Hillier; S000033 |

| No. | Date | Description | Identifying Info |
|---|---|---|---|
| 93. | 02/28/07 | Second load testing of TDX #J135-0102, Trailer Mounted Rotodrill Mast 180,000# Capacity at GTI Testing Facility in Owasso, Oklahoma; witnessed by Woolslayer (See Woolslayer's Inspection Report IR023-07 and IR023-07 Revision 1)<br><br>Load testing of TDX #J135-0102, Trailer Mounted Rotodrill Mast 180,000# Capacity, Service Report No. E-3758 (Inspection Report IR023-07) by Jerry Bell and Erik Reuterfors (Woolslayer) at GTI Testing Facility in Owasso, Oklahoma; Report dated 02/28/07 and written by Dewayne G. Vogt, Chief Engineer | |
| 94. | 03/01/07 | E-mail from Erik Reuterfors to Joe Poe with preliminary inspection report of witnessing load test at GTI facility | TXD-00076 |
| 95. | 03/01/07 | E-mail from Gregory Hillier to Joe Poe, cc: E. Breiner re: "Woolslayer Test for TXD J135-0102" re: cylinder area x pressure calculations | TXD-00078 |
| 96. | 03/01/07 | E-mail from Joe Poe to G. Pearce forwarding e-mail from Hillier to Poe re: cylinder area x pressure calculations | TXD-00078 |
| 97. | 03/01/07 | E-mail from Yeager to Costello, cc: Poe and Varnel enclosing Load Testing Report IR023-07 and re: scheduling meeting | TXD-00079 |
| 98. | 03/01/07 | E-mail from Joe Poe to Darvin Knapp attaching pull test | TXD-00077 |
| 99. | 03/01/07 | Schramm Rig Specs for TXD | S000001-10 |
| 100. | 03/01/07 | E-mail from Norman Bennett to Greg Hillier regarding 200,000# rating for TXD | S000031 |
| 101. | 03/01/07 | E-mail from Greg Hillier to Duane Yost regarding TXD Basic Information | |
| 102. | 03/05/07 | E-mail from Bob Yeager to Costello, cc: Joe Poe and Dick Varnell re: "Load Testing Report IR023-07" and identity of individuals attending meeting on 3/7/07 (Poe, Varnell, Yeager, Pearce, Sitton, Costello, Knapp, Miller, Winchester, Hood, Hillier and Schramm's VP of Engineering) | TXD-00080 |

| No. | Date | Description | Identifying Info |
|---|---|---|---|
| 103. | 03/05/07 | E-mail from Greg Hillier (Schramm) to Joe Poe and Greg Pearce, cc: E. Breiner (Schramm), N. Bennett (Schramm) and P Christian (Schramm) re: Schramm's "effort to offer a possible solution to [TXD's] contract issue with Chesapeake" by offering an "intermittent hoist rating of 200,000 lbs in a creep mode (25'/min)" | TXD-00082 |
| 104. | 03/05/07 | E-mail from Greg Hillier to Joe Poe regarding new hoist rating for TXD | S000028 |
| 105. | 03/05/07 | E-mail string between Greg Hillier and Ed Breiner regarding load testing report | S000029-30 |
| 106. | 03/06/07 | E-mails between Yeager, Costello, cc: Poe, Varnel, R. Sitton, D. Knapp re: drilling activities at Moore 1-5H and instructions by CEC's field personnel | TXD-00083 - 84 |
| 107. | 03/01/07 - 03/06/07 | E-mails between Greg Hillier (Schramm) and Bob Costello re: meeting with TXD and Schramm's attendance and Schramm's reevaluation of hoist system and offer | TXD-00085 – 88 |
| 108. | 03/06/07 | E-mail from Greg Hillier (Schramm) to Joe Poe, cc: N. Bennett (Schramm) re: "New Intermittent Rating for TXD" and offering possible solution to contract issue with CEC - - intermittent hoist rating of 200,000 lbs in a creep mode (25'/min) | TXD-00089 |
| 109. | 03/06/07 | Greg Hillier e-mail to Joe Poe regarding New Intermittent Rating for TXD | S000023 |
| 110. | 03/06/07 | E-mail string from Greg Hillier to Bob Costello regarding load test report | S000024-27 |
| 111. | 03/06/07 | E-mail string from Connie Turner to Darvin Knapp attaching rig inventories for TXD rigs | |
| 112. | 03/07/07 | Inspection Report IR023-07 Revision 1 by Dewayne G. Vogt, Chief Engineer of Woolslayer Companies, Inc. (Service Report No. E-3758) – witness to second load testing conducted on 2/28/07 of TDX #J135-0102, Trailer Mounted Rotodrill Mast 180,000# Capacity at GTI Testing Facility in Owasso, Oklahoma | |

| No. | Date | Description | Identifying Info |
|---|---|---|---|
| 113. | 03/08/07 | Inspection Report IR024-07 by Dewayne G. Vogt, Chief Engineer of Woolslayer Companies, Inc. (Service Report No. E-3766) – witness to second load testing conducted on 2/26/07 of TDX #J135-0102, Trailer Mounted Rotodrill Mast 180,000# Capacity at GTI Testing Facility in Owasso, Oklahoma | |
| 114. | 03/08/07 | Transmittal Notice from Rachel Kinglsey (Woolslayer) to Joe Poe (TXD) - Inspection Reports IR023-07 and IR024-07 for Trailer Mounted Rotodrill Mast, Office Order No. 1260 | TXD-000109 - 112 |
| 115. | 03/08/07 | E-mail from Costello with CEC's offer of $20 million to purchase rigs | TXD-00090 |
| 116. | 03/08/07 | Letter from Robert P. Costello (CEC) to Joe Poe, Robert L. Yeager, III and Richard L. Sitton re: purchase offer ($17MM) for TXD Rigs 201, 202, 203, and 204 | TXD-00091 – 94 |
| 117. | 03/08/07 | E-mail from Costello to Joe Poe, R. Yeager, and R. Sitton re: "Purchase Offer; TXD Rigs 201, 202, 203 & 204" and attaching offer letter | TXD-00095 |
| 118. | 03/08/07 | Letter from Costello to Joe Poe, Robert Yeager, Richard Sitton re: follow-up to 3/7/07 meeting and settlement offer | TXD-00097 – 100 |
| 119. | 03/08/07 | E-mail from Costello to Joe Poe, Robert Yeager, and Richard Sitton re: offer letter "assumes and is conditioned on the... rigs and all component parts being new as ordered" | TXD-00095 |
| 120. | 03/08/07 | E-mail from Costello to Joe Poe, Robert Yeager and Richard Sitton requesting previous offer letter to be disregarded and new letter attached with revision re: conditions of rig and parts | TXD-00096 |
| 121. | 03/08/07 | Letter from Costello to Joe Poe, Robert Yeager and Richard Sitton (revised to add 6th term) | TXD-00101 – 104 |
| 122. | 03/09/07 | E-mail from Joe Poe to Bob Costello, cc: Dick Varnell, Robert Yeager and Richard Sitton with counteroffer | TXD-00105 – 106 |
| 123. | 03/10/07 | Memo from Joe Poe to Bob Yeager re: Chesapeake Number for rigs #201, #202, #203 and #204 | |
| 124. | 03/10/07 | Memo from Joe Poe to Bob Yeager regarding Appraisal Values for Rigs 201-204 | |
| 125. | 03/13/07 | TXD 180 Rig Cost Schedule – Rig #201 | |

| No. | Date | Description | Identifying Info |
|---|---|---|---|
| 126. | 03/13/07 | E-mail from Joe Poe to Bob Costello, cc: Robert Yeager, Dick Varnel and Greg Pearce with TXD rig information attached | TXD-00113 |
| 127. | 03/13/07 | E-mail from Joe Poe to Bob Costello re: will re-send corrected schedule | TXD-00114 |
| 128. | 03/13/07 | Cost Schedule for Rig 201 and component parts | |
| 129. | 03/14/07 | E-mail from Joe Poe to Bob Costello, cc: Dick Varnel, Robert Yeager, Greg Pearce and Richard Sitton attaching corrected TXD 180 Rig Cost Schedule – Rig #201 | TXD-00115 |
| 130. | 03/15/07 | E-mail from Joe Poe to Bob Costello, Robert Yeager, Dick Varnel, Greg Pearce and Richard Sitton re: automatic pipe handling system | TXD-00116 |
| 131. | 03/16/07 | E-mail from Joe Poe to Bob Costello, cc: Dick Varnel and Robert Yeager re: attempt to call and last e-mail not received | TXD-00117 |
| 132. | 03/16/07 | E-mail from Joe Poe to Bob Costello, cc: Dick Varnel, Robert Yeager, Greg Pearce and Richard Sitton re: re-sending e-mail | TXD-00118 |
| 133. | 03/20/07 | E-mail from Bob Costello to Joe Poe with offer of $20MM and "differences in values"<br><br>TXD offers to sell CED Rigs 201, 202, 203 and 204 for $9,250,000 each or total of $37,000,000 | TXD-00122 |
| 134. | 03/31/07 | E-mail from Greg Hillier to Joe Poe regarding Pull test | Ex. 9 to Deposition of Greg Hillier; S000032 |
| 135. | 04/19/07 | Photographs of Rig #201 | |
| 136. | 5/07 - 7/07 | Chesapeake's unpaid invoices from TXD Transport | |
| 137. | 7/25/07 | E-mail string between Angie Watkins and Shaun Yates of Chesapeake regarding Chesapeake's unpaid invoices to TXD Transport | |
| 138. | 10/17/07 | Pull Test Report from Dewayne G. Vogt of Woolslayer Companies | |
| 139. | 11/14/07 | Report of Paul Earl, P.E. | |
| 140. | 2006-2007 | Chesapeake Drilling Schedule for Arkoma District | |
| 141. | 2/07 - 2/08 | Unpaid invoices sent to Chesapeake pursuant to Daywork Contract for Rig 201 | |

| No. | Date | Description | Identifying Info |
|---|---|---|---|
| 142. | | Redline draft of drilling contract sent to Darvin Knapp | |
| 143. | | Various color photos of TXD 180 drilling rig and components | |
| 144. | | Photographs of Rig #202 and testing equipment taken by Paul M. Earl, P.E. at pull testing of Rig #202 | |
| 145. | | TXD Services, L.P. Inventory for Rigs 201 through 216 | |
| 146. | | US Land Rig Specs. | Defendant's Ex. 34 to Deposition of Sam McCaskill |
| 147. | | Chesapeake Rig Data | Defendant's Ex. 1 to Deposition of Duane Yost |
| 148. | | TXD 180 Load Path Analysis | Ex. 2 to Deposition of Frank Gabriel; S000160–163 |
| 149. | | Configuration and Pricing for Rotadrill TXD | S000194-200 |
| 150. | | Schramm TXD Rotadrill Specifications and photos from internet utilized by Paul Earl, P.E. as indicated in his report | |
| 151. | | Various photos of TXD 180 from Chesapeake's initial disclosures | |
| 152. | | Schramm drawings of trailer rig for TXD sent to Chesapeake | |
| 153. | | Financing documents between TXD and CCH | TXD145-233 |
| 154. | | Financing documents between TXD and D.B. Zwrin | TXD 234-425; TXD 437-479 |
| 155. | | CCH Term Sheet for TXD Drilling Rigs | TXD 480-490 |
| 156. | | Documents, including daywork and drilling contracts, evidencing TXD's mitigation of damages re Rig #201 | TXD 491-681 |
| 157. | | TXD Services, LP schematic for Rig #201 | |
| 158. | | Demonstrative exhibit of traditional drilling rig | |
| 159. | | Demonstrative exhibit outlining differences between traditional rig and TXD 180 | |
| 160. | | Summary of damages demonstrative exhibit to be prepared for use at trial | |

| No. | Date | Description | Identifying Info |
|---|---|---|---|
| 161. | | Other demonstrative exhibits and summaries of voluminous exhibits for use at trial | |
| 162. | | Deposition transcripts and exhibits as needed, including use for impeachment | |
| 163. | | Additional documents requested from Plaintiff or discovered as discovery is ongoing | |
| 164. | | Exhibits listed by Plaintiff not objected to by TXD | |
| 165. | | Additional documents obtained through subpoenas to third parties | |

s/ Lance E. Leffel
Terry W. Tippens, OBA #9027
Mark K. Stonecipher, OBA #10483
Lance E. Leffel, OBA #19511
FELLERS, SNIDER, BLANKENSHIP,
 BAILEY & TIPPENS, P.C.
100 N. Broadway, Suite 1700
Oklahoma City, OK 73102-8820
Telephone: (405) 232-0621
Facsimile: (405) 232-9659
E-Mail: *ttippens@fellerssnider.com*
 *mstonecipher@fellerssnider.com*
 *lleffel@fellerssnider,com*

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of January, 2008, I electronically transmitted the foregoingto the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to those parties registered for ECF in this case: Jesse R. Pierce, Michael G. Harris and Fred R. Gipson.

s/ Lance E. Leffel
Lance E. Leffel

426781.4/73953