IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

**FILED**

MAY 1 4 2008

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA
BY _____, DEPUTY

| | | |
|---|---|---|
| TXD SERVICES LP, a Texas Limited Partnership, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case Number CIV-07-318-C |
| CHESAPEAKE ENERGY CORPORATION, an Oklahoma Corporation, | ) ) ) ) ) | |
| Defendant. | ) | |

### JURY NOTE NO. 1

The Jury has come to a decision.

Ron R Osborne
Foreman