UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED

MAY 14 2008

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA
BY _____, DEPUTY

| | | |
|---|---|---|
| TXD SERVICES LP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-07-318-C |
| | ) | |
| CHESAPEAKE ENERGY CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## VERDICT FORM

We, the jury, duly empaneled and sworn in the above entitled cause, do, upon our oaths, find that Plaintiff, TXD Services LP is entitled to recover damages in the amount of:

$11,013,931.38.

05-14-08
Date

_Ron R Osborne_
Presiding Juror