# Exhibit 1

**..dywine Process Servers, Ltd.**
P.O. Box 1360
Wilmington, DE 19899
302-475-2600    Tax ID 51-0267938

**Bill To:**
FELLERS SNIDER
100 N. BROADWAY STE 1700
OKLAHOMA CITY, OK 73102-8820

# Invoice

Number:  80726

Date:  October 08, 2007

**Ship To:**

| Date | CASE | | Amount |
|---|---|---|---|
| | CHESAPEAKE ENERGY V. TXD SERVICES |  (9 file) | |
| 10/5/07 | SCHRAMM, INC | | 65.00 |

**PAID**

Total    $65.00

**TERMS: PAYMENT DUE WITHIN 20 DAYS**

Amount Paid: 65.00
Amount Due:  0.00


EXHIBIT 1