IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

CHESAPEAKE ENERGY                )
CORPORATION, an Oklahoma         )
Corporation,                     )
                                 )
                    Plaintiff,   )
                                 )
vs.                              )        Case Number CIV-07-318-D
                                 )
TXD SERVICES LP, a Texas         )
Limited Partnership,             )
                                 )
                    Defendant.   )

**ORDER**

Plaintiff has filed a Renewed Motion for Judgment as a Matter of Law and Motion for New Trial.  Plaintiff's Motion must fail for two reasons.  First, it offers no factual or legal analysis establishing error in the trial court's previous rulings or the jury's verdict. Rather, Plaintiff's Motion offers a series of conclusory statements which it argues entitles it to relief.  Motions of this type do not warrant relief.  See Warren v. Thompson, 224 F.R.D. 236 (D.D.C. 2004).  Additionally, the issues raised by Plaintiff have either been previously considered and rejected by the Court or raise issues that were for jury determination and which the jury found against Plaintiff upon being properly instructed. Thus, Plaintiff has failed to offer any basis for relief.

For the reasons set forth herein, Plaintiff's Renewed Motion for Judgment as a

Matter of Law and Motion for New Trial (Dkt. No. 144) is DENIED.

IT IS SO ORDERED this 15th day of July, 2008.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE